## LEWIS V. THE STATE.

### Crime.

(Decided Dec. 20, 1906.)

APPEAL from Butler Circuit Court.
Heard before Hon. J. C. RICHARDSON.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for the State.
Per curiam.—Appeal dismissed, appellant having failed to commit himself to the jurisdiction of the court.

---

## McDONALD V. McDONALD.

### Equity.

(Decided Dec. 18, 1906.)

APPEAL from Mobile Chancery Court.
Heard before Hon. THOMAS H. SMITH.
GREGORY L. & H. T. SMITH, for appellant.
STEVENS & LYONS, for appellee.
Per curiam.
Appeal dismissed.

---

## McKISSACK V. BYNER.

### Assumpsit.

(Decided Jan. 24, 1907.)

APPEAL from Houston Circuit Court.
Heard before Hon. H. A. PEARCE.
R. D. CRAWFORD, for appellant.
LEE & THOMPSON. for appellee.
Per curiam.—Bill of exceptions stricken and appeal dismissed.